THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. RUSSELL
PEABODY, Relator, *v.* ROBERT W. CHANLER, as Sheriff of
the County of Dutchess, et al., Respondents.

HARRY K. THAW et al., Appellants.

*People ex rel. Peabody* v. *Chanler*, 133 App. Div. 159, affirmed.
(Argued October 6, 1909 ; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 4, 1909, which affirmed an order of Special Term
dismissing a writ of habeas corpus.

*Francis S. Black* and *Charles Morschauser* for appellants.

*Edward R. O'Malley, Attorney-General, William Travers
Jerome, District Attorney (Robert C. Taylor* of counsel), for
respondents.

Order affirmed on opinions of JENKS and RICH, JJ., below.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent:
CHASE, J.

---

EDNA D. KAHN, Appellant, *v.* JACOB H. KAHN, Respondent.

*Kahn* v. *Kahn*, 133 App. Div. 897, affirmed.
(Submitted October 7, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered June
25, 1909, which modified and affirmed as modified an order of
Special Term fixing the amount to be paid by defendant to
plaintiff for the support of their child.

*George Edwin Joseph* for appellant.

*Michael Schaap* and *Edward Hymes* for respondent.

Order affirmed, without costs ; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.